IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 00-11785-BB

LEVION GOOCH, BOBBIE ANN SPILLER,

                              Petitioners-Appellants,

versus

NOR-AM CHEMICAL COMPANY,

                              Respondent-Appellee.

Appeal from the United States District Court for the

Southern District Of Alabama

ENTRY OF DISMISSAL

Pursuant to 11th Cir.R.42-2(c), this appeal is hereby dismissed for want of prosecution because appellant has failed to file an appellant's brief and record excerpts within the time fixed by the rules, effective this 1st day of June, 2000.

                              THOMAS K. KAHN
                              Clerk of the United States Court
                              of Appeals for the Eleventh Circuit

                              By:  Lois Tunstall
                                   Deputy Clerk

                              FOR THE COURT - BY DIRECTION

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: Lois Tunstall
Deputy Clerk
Atlanta, Georgia

ORD-40