# United States Court of Appeals

## For the Eleventh Circuit

No. 99-6131
Non-Argument Calendar

District Court Docket No. 94-00780-CV

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

MAY 16 2000

THOMAS K. KAHN
CLERK

JACK H. WOODWARD,
ALTA WOODWARD, et al.,

Plaintiffs-Appellees,

FILED
CLERK'S OFFICE

2000 JUL -5 P 1:57

U.S. DISTRICT COURT
SO. DIST AL
MOBILE, AL 36602

ROBIN MILLET, widow of Lionel
Millet and on behalf of her minor
children Lionel N. Millet, Gennie
Millet, and Brandy Millet,

Plaintiff-Intervenor,

HANY A. ZOHDY,

Appellant,

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit
By: _____
Deputy Clerk
Atlanta, Georgia

versus

NOR-AM CHEMICAL COMPANY,
ELVIN TORK,

Defendants-Appellees.

------------------------
Appeal from the United States District Court
for the Southern District of Alabama
------------------------

Before ANDERSON, Chief Judge, DUBINA and MARCUS, Circuit Judges.

## JUDGMENT

This cause came to be heard on the transcript of the record from the United States District Court for the Southern District of Alabama, and was taken under submission by the Court upon the record and briefs on file, pursuant to Eleventh Circuit Rule 34-3;

UPON CONSIDERATION WHEREOF, it is now hereby ordered and adjudged by this Court that the order of the District Court appealed from  in this cause be and the same is hereby AFFIRMED;

IT IS FURTHER ORDERED THAT appellant pay to plaintiffs-appellees, the costs on appeal to be taxed in accordance with Fed.R.App.P. 39.

Entered: May 16, 2000
For the Court: Thomas K. Kahn, Clerk

By: *Matt Davidson*

Deputy Clerk

ISSUED AS MANDATE:    JUL  0 3 2000

**[DO NOT PUBLISH]**

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

———————————————

No. 99-6131
Non-Argument Calendar

———————————————

D. C. Docket No. 94-00780-CV-CB-C

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

MAY 1 6 2000

THOMAS K. KAHN
CLERK

JACK H. WOODWARD, ALTA WOODWARD, et.al.,

Plaintiffs-Appellees.

ROBIN MILLET, widow of Lionel Millet and on behalf
of her minor children Lionel N. Millet, Gennie Millet, and
Brandy Millet,

Plaintiff-intervenor.

HANY A. ZOHDY,

Appellant,

versus

NOR-AM CHEMICAL COMPANY,
ELVIN TORK,

Defendants-Appellees.

———————————————

Appeal from the United States District Court
for the Southern District of Alabama

———————————————

(May 16, 2000)

Before ANDERSON, Chief Judge, DUBINA and MARCUS, Circuit Judges.

**PER CURIAM:**

Hany A. Zohdy appeals the district court's order imposing sanctions against him. The district court adopted the Magistrate Judge's findings that Zohdy acted in bad-faith as an attorney representing a group of individuals attempting to intervene in a class action settlement against Nor-Am Chemical Company.  The district court also adopted the Magistrate Judge's recommendation that sanctions -- in the form of a $14,400.00 fine and the revocation of his pro hac vice admission to the Southern District of Alabama-- be imposed against Zohdy.

We review a district court's decision to impose sanctions under its inherent power for abuse of discretion.  See Barnes v. Dalton, 158 F.3d 1212, 1214 (11th Cir. 1998).

We find Zohdy's arguments to be without merit and we affirm the district court's final order, imposing sanctions against Zohdy, for the reasons set forth in the Magistrate Judge's thorough and well reasoned Report and Recommendation of November 16, 1999.

**AFFIRMED.**

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

2



